UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

Plaintiffs,

-against-

SURGUT LEASING CORP., RVA LEASING
CORP., DRAK MEDICAL EQUIPMENT, INC.,
TANIYN LEASING CORP., TATSU LEASING
CORP., POLINA RADYUSHINA, TATIANA
MEJIA LINEROS, ZHONG ZHOU, and JOHN DOE
DEFENDANTS "1" through "10",

Defendants.
----------------------------------------X

Index No.: 1:24-cv-07137-ARR-VMS

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendants Surgut Leasing Corp., RVA Leasing Corp., Drak Medical Equipment, Inc., Taniyn Leasing Corp., Tatsu Leasing Corp., Polina Radyushina, Tatiana Mejia Lineros, and Zhong Zhou (collectively, "Defendants") that all claims by Plaintiffs against the Defendants are dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Case 1:24-cv-07373-ARR-VMS   Document 30   Filed 04/11/25   Page 2 of 2 PageID #: 426

Dated: __April 11__, 2025

| | |
|---|---|
| RIVKIN RADLER LLP | SCHWARTZ CONROY & HACK PC |
| By: _/s/_ | By: _/s/_ |
| Barry Levy, Esq. | Matthew J. Conroy, Esq. |
| Michael Vanunu, Esq. | Robert Hewitt, Esq. |
| 926 RXR Plaza | 666 Old Country Road, Suite 900 |
| Uniondale, New York 11556 | Garden City, New York 11530 |
| *Attorneys for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company* | *Counsel for Defendants Surgut Leasing Corp., RVA Leasing Corp., Drak Medical Equipment, Inc., Taniyn Leasing Corp., Tatsu Leasing Corp., Polina Radyushina, Tatiana Mejia Lineros, and Zhong Zhou* |

So Ordered,

_/s/ (ARR)_
ALLYNE R. ROSS, U.S.D.J.   4/14/25